UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT PAUL MELENDREZ,<br><br>               Petitioner,<br><br>   v.<br><br>MARGARET GILBERT,<br><br>               Respondent. | Case No. C17-984 RAJ-BAT<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Petitioner's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the filing fee. Petitioner may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to petitioner.

DATED this  11th  day of July, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1