UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT PAUL MELENDREZ,<br><br>Petitioner,<br><br>v.<br><br>MARGARET GILBERT,<br><br>Respondent. | CASE NO. C17-984 RAJ-BAT<br><br>ORDER DENYING MOTION TO AMEND BRIEFING SCHEDULE |

Petitioner Vincent Paul Melendrez, by and through his appointed counsel, Assistant Federal Public Defender Vicki Lai, moves to amend the court's briefing schedule (Dkt. 7) because it provides that Respondent's answer shall be treated in accordance with Local Rule 7(d). Dkt. 8. The Court's noting procedure and briefing schedule is common practice for habeas corpus proceedings filed in this District. Petitioner provides no basis for deviating from this practice. If necessary, Petitioner may request leave to file a response to Respondent's reply.

Accordingly, it is **ORDERED:**

(1) Petitioner's motion to amend briefing schedule (Dkt. 8) is **DENIED**.

(2) The Clerk shall send a copy of this Order to counsel for the parties.

Dated this  25th  day of July, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge