UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT PAUL MELENDREZ,

Petitioner,

v.

MARGARET GILBERT,

Respondent.

CASE NO. C17-984 RAJ-BAT

**ORDER GRANTING MOTION TO AMEND BRIEFING SCHEDULE**

The Court, having considered the motion to amend the briefing schedule, **GRANTS** the motion.

It is **ORDERED** that the briefing schedule is extended as follows:

| | |
|---|---|
| Petitioner's Amended Petition | September 27, 2017 |
| Respondent's Answer | November 29, 2017 |
| Petitioner's Reply | December 18, 2017 |
| Respondent's Surreply | December 22, 2017 |
| Noting Date | December 22, 2017 |

ORDER GRANTING MOTION TO AMEND
BRIEFING SCHEDULE - 1

1          DATED this 1st day of September, 2017.

2

3                                                    _____
                                                     BRIAN A. TSUCHIDA
4                                                    United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING MOTION TO AMEND
BRIEFING SCHEDULE - 2