# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VINCENT PAUL MELENDREZ,<br><br>        Petitioner,<br><br>v.<br><br>MARGARET GILBERT ,<br><br>        Respondent. | CASE NO. 17-984 RAJ<br><br>**ORDER DIRECTING PETITIONER TO RESPOND TO RESPONDENT'S STATUS REPORT** |

On April 28, 2021, Respondent filed a status report requesting the Court to lift the stay of proceedings because Petitioner's state proceedings are completed. The Court accordingly ORDERS:

1. Petitioner shall respond to the status report no later than May 7, 2021, and indicate whether state proceedings are completed.

2. Respondent may file a response no later than May 12, 2021.

3. The clerk shall provide copies of this order to the parties.

DATED this 30th day of April 2021.

                                              BRIAN A. TSUCHIDA
                                              United States Magistrate Judge