UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT PAUL MELENDREZ,

                Petitioner,

    v.

RONALD HAYNES,

                Respondent.

CASE NO. 2:17-cv-00984-RAJ-BAT

**MINUTE ORDER**

The following minute order is made at the direction of the Court, the Honorable Brian A. Tsuchida, United States Magistrate Judge.

The Court previously mistakenly directed that the amended habeas petition (Dkt. 18) be noted for July 30, 2021, when, in fact, it is the respondent's answer (Dkt. 57) that should have been noted for consideration. *See* Dkt. 56. Accordingly, the Court directs the Clerk to correct the docket to reflect that it is the respondent's answer (Dkt. 57), not the amended habeas petition (Dkt. 18), that is noted for consideration for July 30, 2021. The Clerk is further directed to terminate the motion designation for the amended habeas petition (Dkt. 18).

DATED this 25th day of August, 2021.

RAVI SUBRAMANIAN
Clerk of Court

s/Michael Williams
Deputy Clerk

MINUTE ORDER - 1