UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VINCENT PAUL MELENDREZ,

        Petitioner,

v.

RONALD HAYNES,

        Respondent.

CASE NO. 17-984 RAJ

~~PROPOSED~~ ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, objections, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's "motion for finding of subterfuge" (Dkt. 55) is DENIED.

(3)    Petitioner's "motion for evidentiary hearing" (Dkt. 64) is DENIED.

PROPOSED ORDER OF DISMISSAL - 1

(4) The amended federal habeas petition (Dkt. 18) is DENIED and the case is DISMISSED with prejudice.

(5) A certificate of appealability is also DENIED.

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 20th day of January, 2022.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge